UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Juan Ramon NAVARRO, | Case No.: 22-cv-1093-JO-AGS |
|---|---|
| Petitioner, | |
| v. | **ORDER SUBSTITUTING RESPONDENT** |
| Kathleen Allison, Secretary, | |
| Respondent. | |

On September 22, 2022, petitioner, a state prisoner, filed a petition for a writ of habeas corpus naming W.L. Montgomery, the Warden of Calipatria State Prison in Imperial, California as respondent. (ECF 1.) On September 30, 2022, petitioner notified the Court that he had been transferred to the California State Prison, Solano in Vacaville, California. (ECF 6.)

A writ of habeas corpus is issued to the prisoners' custodian. 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because petitioner's place of custody has changed, so has the respondent to this action. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the respondent if petitioner is transferred again, the Court **ORDERS** the substitution of Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of Warden W.L. Montgomery. *See Ortiz-Sandoval v. Gomez,* 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Kathleen Allison, Secretary" in place of the former respondent.

Dated: October 4, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge